**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6334**

---

JEFFREY D. LANCASTER,

                                        Plaintiff - Appellant,

        versus

JOHN POTTER, Lieutenant,

                                        Defendant - Appellee,

        and

CRAVEN COUNTY JAIL,

                                                Defendant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, District Judge.
(CA-98-610-5-F)

---

Submitted: May 23, 2000          Decided: June 21, 2000

---

Affirmed by unpublished per curiam opinion.

---

Before LUTTIG and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Jeffrey D. Lancaster, Appellant Pro Se. Scott Christopher Hart, SUMRELL, SUGG, CARMICHAEL, HICKS & HART, P.A., New Bern, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jeffrey D. Lancaster appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Lancaster v. Potter, No. CA-98-610-5-F (E.D.N.C. Feb. 16, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED